IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANET S. RAINBOLT                                          PLAINTIFF

    V.                    Civil No. 06-3008

VENEMAN, et al.                                           DEFENDANTS

**O R D E R**

Now on this 21st day of February, 2006, comes on to be considered plaintiff's **Motion to File Documents Under Seal (Doc. 2).** The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. The plaintiff initiated this action pro se by the filing of her complaint on February 14, 2006. Plaintiff's complaint includes four (4) exhibits which plaintiff identifies as Exhibits AA, BB, CC and DD.

2. On February 14, 2006, the plaintiff also filed her **Motion to File Documents Under Seal (Doc. 2).** In the motion, the plaintiff seeks the Court's permission to include only a redacted version of Exhibit AA to the Complaint on this Court's internet filing system, while filing an unredacted copy of the document under seal with the Court Clerk. In support of her motion, the plaintiff cites the E-Government Act of 2002.

3. The Court finds that the plaintiff's motion should be, and it hereby is, **granted.** Although the Court finds that much of the information redacted in Exhibit AA was redacted unnecessarily (such as the 23 redacted pages of plaintiff's

employment application and work history), the redacted Exhibit AA currently filed on this Court's internet filing system is acceptable in this instance.

 4. In light of the foregoing, the Court directs that, in future filings in this case, plaintiff may *only* redact the following information:

  * social security numbers to the last four digits;

  * names of minor children to the initials;

  * dates of birth to the year;

  * financial account numbers to the last four digits; and

  * home addresses to the city and state.

If plaintiff believes that additional redactions should be permitted, she may file a motion with the Court requesting leave to make additional redactions.

 5. The Court notes in passing that plaintiff is obliged to serve the opposing parties with an unredacted copy of Exhibit AA, and also with copies of all future redacted documents.

 Nevertheless, to save time and to promote efficiency, the Court authorizes the Court Clerk to provide the opposing parties with an unredacted copy of Exhibit AA, as well as unredacted copies of all documents filed in the future, if requested.

 IT IS SO ORDERED.

         /S/JIMM LARRY HENDREN
         UNITED STATES DISTRICT JUDGE